UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAVEN LeDEATTE.

                Plaintiff,

    - against -

HORIZON MEDIA

                Defendant.

**ORDER**

20 Civ. 10752 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiff Raven LeDeatte will file any opposition to Defendant Horizon Media's motion to compel arbitration (Dkt. No. 17) by **October 6, 2021**.

        The Clerk's Office is directed to mail a copy of this order to Plaintiff.

Dated: New York, New York
       September 16, 2021

SO ORDERED.

_Paul S. Gardephe_

Paul G. Gardephe
United States District Judge